In the Matter of GEORGE MAIDL, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of the State Liquor Authority in revoking petitioner's liquor license which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of JOHN TESCHNER et al., Appellants, against TOWN OF PITTSFORD et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order dismissing the petition and confirming the determination of respondents in refusing to grant a variance as to property zoned as residential.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

JOHN HARTUNG, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of evidence. All concur. (Appeal from a judgment for plaintiff in a bus line negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

GENEVIEVE CASEL et al., Appellants, v. ANITA L. CAMPBELL, as Administratrix of the Estate of PIERRE CAMPBELL, Deceased, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting leave to defendant to serve an amended answer.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

KATHLEEN EDWARDS, Respondent, v. BUFFALO TRANSIT COMPANY, INC., Appellant. HARRY EDWARDS, Respondent, v. BUFFALO TRANSIT COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiffs in a bus line negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

GENERAL MUTUAL INSURANCE COMPANY, Appellant, v. ALBERT SANTORO et al., Doing Business as SANTORO BROS., et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendants in an action for a declaratory judgment to relieve plaintiff from liability under an insurance policy.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See *post,* p. 1000.]